IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| WESTERN SURETY COMPANY, | ) | CAUSE NO. 1:07-CV-0442-SEB-TAB |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| TROTTER CONSTRUCTION COMPANY, INC., TROTTER TRUCKING COMPANY, INC., JAMES H. TROTTER, SR., and SYLVIA M. TROTTER, | ) ) ) ) | |
| | ) | |
| Defendants. | ) | |

JUDGMENT

All Defendants in this action have been defaulted under Fed. R. Civ. P. 55(a), resulting in entries of default. Pursuant to the Court's Order, Plaintiff has submitted a memorandum in support of its entitlement to damages, including as exhibits an affidavit and properly authenticated documents that verify Plaintiff's claimed damages. The Court, finding that Plaintiff has submitted credible evidence of its entitlement to damages and that Defendants have failed to object to that evidence or the entry of judgment against them, hereby enters final judgment in favor of Defendants, pursuant to Fed. R. Civ. P. 55(B)(2), in the amount of $2,069,769.

Date: 09/20/2007

_____
SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana

DISTRIBUTION TO:

Terrence L. Brookie
Eric D. Foerg
LOCKE REYNOLDS LLP
P.O. Box 44961
Indianapolis, IN  46244-0961
tbrookie@locke.com
efoerg@locke.com

Thomas A. Pastore
PASTORE & GOODEN, P.A.
302 North Alabama Street
P.O. Box 44947
Indianapolis, IN  46244-0947
tpastore@pastoregooden.com

852355_1